IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ERIC COOK, individually and on behalf of all others similarly situated, *Plaintiff*, | § § § § | |
| v. | § § | NO. MO:16-CV-00305-RAJ |
| BUCKEYE, INC., *Defendant*. | § § § | |

## ORDER APPROVING SETTLEMENT

BEFORE THE COURT is Plaintiff Eric Cook's ("Plaintiff") Unopposed Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit. (Doc. 31). Plaintiff, individually and on behalf of all others similarly situated, and Defendant Buckeye, Inc. ("Defendant") have arrived at a settlement and have requested court approval of their Settlement Agreement. (*Id.*). The Court has reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all Parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the Parties to fully and finally resolve all claims asserted.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit is hereby **GRANTED**. (Doc. 31).

It is further **ORDERED** that the Settlement Agreement (Doc. 30-1) is **APPROVED**. The Court enters a conditional order of dismissal. No later than **thirty (30) days** following the issuance of payments to the participating settlement class members, the parties shall jointly submit an order dismissing all claims in accordance with the terms of the Settlement Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same, except as provided otherwise in the Settlement Agreement.

It is further **ORDERED** that the Court approves conditional certification of the proposed class as agreed to by the Parties and authorizes notice to be issued to potential opt-in plaintiffs.

It is so **ORDERED**.

SIGNED this 23rd day of June, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE